## ARLINGTON INDUSTRIES, INC., Plaintiff–Cross–Appellant

v.

## BRIDGEPORT FITTINGS, INC., Defendant–Appellant.

Nos. 2014–1633, 2014–1643, 2014–1670.

United States Court of Appeals, Federal Circuit.

Aug. 10, 2015.

Kathryn Clune, Crowell & Moring, LLP, Washington, DC, argued for plaintiff-cross-appellant. Also represented by Jacob Ziemowit Zambrzycki, San Francisco, CA; Carter Glasgow Phillips, Sidley Austin LLP, Washington, DC; Eric Shumsky, Orrick, Herrington & Sutcliffe LLP, Washington, DC.

Alan Marshall Anderson, Alan Anderson Law Firm LLC, Minneapolis, MN, argued for defendant-appellant. Also represented by Aaron C. Nyquist, Matthew Robert Palen.

CHEN, LINN, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**